WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
 Attorney for Plaintiff

FILED

APR 2 6 2010

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**ED WONG,**                                             CV # 09-434-PK

        Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

        Defendant.

_____

        Attorney fees in the amount of $6,150.00 are hereby awarded pursuant to the Equal Access

to Justice Act, 28 U.S.C. § 2412(d).  The check shall be sent to Tim Wilborn's address: P.O. Box

2768, Oregon City, OR 97045.


        DATED this 26th day of _____, 2010.

                                    _____
                                    United States District / Magistrate Judge

Submitted on April 16, 2010 by:

s/ Tim Wilborn, OSB # 944644
(503) 632-1120
 Attorney for Plaintiff


ORDER - Page 1